**Luck Grove Construction Inc**
120 Madison Ave
TWR 2 STE 9TH Floor
Syracuse, NY 13202

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | April 7, 2023 | 156 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL | C | ▓ | 1,239.72 |
| **Total Direct Deposits** | | | **1,239.72** |

156640    001-130-TRVL    106  156  115          **156640**
**Brian Gutierrez**

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

**Luck Grove Construction Inc**

**Brian Gutierrez**                                                                                   **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **106** | Fed Taxable Income | **1,677.90** | Check Date | **April 7, 2023** | Voucher Number | **156** |
| Location | **001-130-TRVL** | Fed Filing Status | **S** | Period Beginning | **March 27, 2023** | Net Pay | **1,239.72** |
| Hourly | **$28.00** | State Filing Status | **S-0** | Period Ending | **April 2, 2023** | Total Hours Worked | **51.50** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 448.00 |
| Overtime | 42.00 | 2.75 | 115.50 | 1,323.00 |
| Per Diem | | | | 1,640.00 |
| PERDIEM | | 0.00 | 240.00 | 980.00 |
| Regular | 13.80 | 3.00 | 41.40 | 12,649.95 |
| Regular | 28.00 | 45.75 | 1,281.00 | |
| **Gross Earnings** | | **51.50** | **1,677.90** | **17,040.95** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 220.30 | 1,934.53 |
| MED | 24.33 | 223.31 |
| NY | 81.29 | 726.36 |
| NYPSL-E | 7.63 | 70.06 |
| NYSDI-E | 0.60 | 3.60 |
| SS | 104.03 | 954.85 |
| **Taxes** | **438.18** | **3,912.71** |

| Deductions | Amount | YTD |
|---|---|---|
| Business Expenses | | -43.58 |
| New York Voluntary Disability | | 3.00 |
| | | **-40.58** |

| Direct Deposits | | Type | Account | Amount |
|---|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | | C | *▓ | 1,239.72 |
| **Total Direct Deposits** | | | | **1,239.72** |

| Time Off | Available to Use | Available | Current Earned |
|---|---|---|---|
| Paid Time | 13.57 | 0.00 | 2.31 |

Luck Grove Construction Inc | 120 Madison Ave TWR 2 STE 9TH Floor  Syracuse, NY 13202 | (315) 960-6101 | FEIN: 88-2242083 | NY: 5597828-4